IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:   VINROY W. REID ) | |
| ) | CHAPTER 13 CASE NO.: 18-31436 |
| DEBTOR ) | |
| Y2 YOGA COTSWOLD, LLC ) | ADV. PROC. NO.: 19-03049 |
| Plaintiff ) | |
| V. ) | |
| VINROY W. REID, V.R. KING ) | |
| CONSTRUCTION, LLC ) | |
| A. BURTON SHUFORD ) | |
| Defendants ) | |

**MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

**NOW COMES THE DEBTOR/DEFENDANT, VINROY W. REID, THROUGH COUNSEL, i**n the above-referenced Adversarial Proceeding, and represents as follows:

Due to the current "Stay at Home Orders "issued by the Governor for the State of North Carolina in response to the **Covid-19** pandemic  and the fact that he does not have access to the technology necessary to enable him to work with Counsel remotely, he has not had the opportunity to work with Counsel as necessary to meet the April 16, 2020 deadline previously set by the Court for the filing of Dispositive Motions in this case.

**WHEREFORE**, based on the foregoing, Debtor/Defendant Vinroy W. Reid respectfully moves the Court to grant him additional time to file his Dispositive Motions through May 17, 2020.

/s/Verna Bash-Flowers
Attorney for Debtor NC Bar No. 38937
 PO Box  927
Lowell, NC 28098
 vnclaw.bashflowers@outlook.com
(704) 691-7220 [Phone]
(877) 261-2710 [Fax]

**CERTIFICATE OF SERVICE**

This is to certify that this Motion for Extension of Time was served on the following parties:

Shelley K. Abel, Bankruptcy Administrator; James H. Henderson, Counsel for Y2 Yoga Cotswold, LLC; Robert Lewis, Jr., Counsel for VR King Construction, LLC ; and A. Burton Shuford, Chapter 7 Trustee for Vinroy W. Reid and  VR King Construction, LLC and all parties having requested notice under  Rule 2002, via electronic mail only.

This is the 16th day of April 2020.

                               /s/Verna Bash-Flowers
                               Attorney for Debtor NC Bar No. 38937
                                PO Box 927
                               Lowell, NC 28098
                                vnclaw.bashflowers@outlook.com
                               (704) 691-7220 [Phone]
                               (877) 261-2710 [Fax]