

FILED & JUDGMENT ENTERED
Steven T. Salata

May  1  2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA CHARLOTTE DIVISION

| | | |
|---|---|---|
| In Re: VINROY W. REID, Debtor | ) | CHAPTER 13 Case No.: 18-31436 |
| | ) | |
| Y2 YOGA COTTSWOLD, LLC | ) | ADV. PROC. NO.: 19-03049 |
| | ) | |
| PLAINTIFF | ) | |
| V. | ) | |
| | ) | |
| VINROY W. REID, VR KING CONSTRUCTION, LLC | ) | |
| A. BURTON SHUFORD, CHAPTER 7 TRUSTEE FOR | ) | |
| VINROY W. REID AND VR CONSTRUCTION | ) | |
| | ) | |
| DEFENDANTS | ) | |

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

The Debtor's Motion referenced above was filed Ex-Parte on April 16, 2020.  Counsel for Debtor/Defendant argued the Motion at the scheduled Final Pre-Trial Conference on April 29, 2020 which was held telephonically.  All Counsel and the Trustee were present during this Conference.

Counsel for Defendant, Vinroy W. Reid, argued that the request for an extension of time, was made due to the difficulties of communicating with the Defendant based on : 1. The State Mandated Corona Virus Shut Down and 2. The fact that the Defendant does not have the equipment to work with Counsel electronically.

Based on the forgoing, this Motion is hereby: GRANTED and Defendant Vinroy W. Reid has until May 17, 2020 to file any dispositive Motions.

This Order has been signed Electronically.  The Judge's Signature and Court Seal Appear at the top of the Order .

United States Bankruptcy Court