IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT

OF NORTH CAROLINA CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE:  VINROY W. REID | ) | |
| | ) | CHAPTER 13 CASE NO.: 18-31436 |
| DEBTOR | ) | |
| Y2 YOGA COTSWOLD, LLC | ) | ADV. PROC. NO.: 19-03049 |
| Plaintiff | ) | |
| V. | ) | |
| VINROY W. REID,  V.R. KING | ) | |
| CONSTRUCTION, LLC | ) | |
| A. BURTON SHUFORD | ) | |
| Defendants | ) | |

### MOTION FOR JUDGMENT ON THE PLEADINGS
### SUMMARY JUDGMENT OR IN THE ALTERNATIVE
### GRANT SUMMARY JUDGMENT

    **COMES NOW** Defendant, Vinroy W. Reid, by and through his counsel pursuant to Federal Rules of Civil Procedure 12 ( c) and  Rules of Bankruptcy Procedure 7012,  requests that the Court Rule in his favor on his  Pleadings.  In the alternative, the Defendant requests that the Court grant him Summary Judgment pursuant to  Rules of Bankruptcy Procedure 7056, and and  Rule of Civil Procedure 56 (a), states in pertinent part, "A party may move for summary judgment, identifying each claim or defense-or the part of each claim or defense-on which summary judgment is sought. The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and that the movant is entitled to judgment as a matter of law."

### SUMMARY OF FACTS

    1.  Plaintiff Y-2 Yoga Cotswold, LLC (hereinafter, "Plaintiff" or "Y2") filed a Complaint in this adversary proceeding on August 23, 2019( Doc. 1);

1

2. Plaintiff Y2 Yoga issued a Summons on Vinroy W. Reid, Defendant ; A. Burton Shuford, Defendant and V.R.King Construction, LLC., Defendant on August 23, 2019 (Doc. 2);

3. Defendant Vinroy W. Reid, (the "Debtor" or "Reid") filed and answer to the complaint on October 23, 2019. [Doc. No. 12];

2. Defendant A. Burton Shuford, Chapter 7, Trustee for the Debtor ("the "Trustee",) filed an answer to the Complaint on October 24, 2019 [Doc. No. 13];

3. The Defendant, Reid requests that, pursuant to Rule 201 of the Federal Rules of Evidence that the Court take Judicial Notice of the records related to state court litigation between the parties ("the state court records") and the schedules filed in the Debtor's bankruptcy to determine that the Debtor does not have a valid indemnity claim or a valid claim for attorney fees;

4. The allegations in the Plaintiff's Second and Third Claims for Relief in the Complaint must be dismissed.

6. There remain no issues of material fact as alleged above. The issues remaining in this matter are purely legal or equitable in nature;

7. Defendant Reid will submit his brief regarding the above enumerated special defenses in accordance with the timeframe set by the Court.

In closing, Defendant Reid asserts that the Plaintiff has no actionable indemnity claim under the contract for the following reasons:

1. The Plaintiff has no actionable indemnity claim under the contract;

2. Y2 Yoga has no actionable claim for attorney's fees under the contract;

2. Judicial Estoppel applies; and

3. Equitable Estoppel applies.

**WHEREFORE**, for the forgoing reasons the Defendant respectfully moves the Court to:

1. Grant him Judgment on the Pleadings;

2. In the alternative, grant him Summary Judgment based on the fact that there are no remaining issues of fact on legal issues; and

3. Award him such other and further relief as the Court deems just and equitable.

This is the 18th day of May, 2020.

**Vinroy W. Reid**

BY:_____/s/: Verna Bash-Flowers_____
Verna Bash-Flowers, His Attorney
NC Bar No: 38937
PO Box 927
Lowell, NC 28098
704-691-7220 (Phone)
877-261-2710 (Fax)
vnclaw.bashflowers@outlook.com

## NOTICE OF HEARING

Vinroy W. Reid has filed a Motion for Judgment on the Pleadings or In the Alternative Grant him Summary Judgment with the Court.  A copy of the Motion is attached.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

A hearing will be held to consider these Motions on **June 19, 2020 at 9:30 am** in Courtroom 1-5, 401 W. Trade Street, Charlotte, NC 28202.  No further notice of this hearing will be given.  **All interested parties may attend and be heard.  If you do not oppose the Motions you do not have to attend.**  If you or your attorney oppose the Motions, you must file a Response on or before **May 29, 2020 before 5:00 pm**.  If no Response is received the Court may enter an Order granting the relief.

This is the 18th day of May, 2020.

**Vinroy W. Reid**

BY:_____/s/: Verna Bash-Flowers_____
Verna Bash-Flowers, His Attorney
NC Bar No: 38937
PO Box 927
Lowell, NC 28098
704-691-7220 (Phone)
877-261-2710  (Fax)
vnclaw.bashflowers@outlook.com

**CERTIFICATE OF SERVICE**

This is to certify that this Motion for Judgment on the Pleadings/Summary Judgment was served on the following parties:

Shelley K. Abel, Bankruptcy Administrator; James H. Henderson, Counsel for Y2 Yoga Cotswold, LLC; Robert Lewis, Jr., Counsel for VR King Construction, LLC ; and A. Burton Shuford, Chapter 7 Trustee for Vinroy W. Reid and VR King Construction, LLC and all parties having requested notice under Rule 2002, via electronic mail only. The Debtor/Defendant, Vinroy W. Reid was served by e-mail only at: vinroyreid8@gmail.com.

This is the 18th day of May, 2020.

    /s/Verna Bash-Flowers
    Attorney for Debtor
    NC Bar No. 38937
    PO Box 927
    Lowell, NC 28098
    vnclaw.bashflowers@outlook.com
    (704) 691-7220 [Phone]
    (877) 261-2710 [Fax]